```
 1  BINGHAM McCUTCHEN LLP
    TRENTON H. NORRIS, State Bar No. 164781
 2  JASON A. YURASEK, State Bar No. 202131
    SIVAN GAI, State Bar No. 224152
 3  Three Embarcadero Center
    San Francisco, CA  94111-4067
 4  Telephone:  415.393.2000
    Facsimile:  415.393.2286
 5  trent.norris@bingham.com
    jason.yurasek@bingham.com
 6  sivan.gai@bingham.com

 7  Attorneys for Plaintiff
    DECRU, INC.
 8
    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
 9  MICHAEL J. BETTINGER, State Bar No. 122196
    TING-MAO CHAO, State Bar No. 234909
10  HAROLD H. DAVIS, JR., State Bar No. 235552
    55 Second St., Suite 1700
11  San Francisco, CA  94105
    Telephone: (415) 882-8200
12  Facsimile: (415) 882-8220
    mike.bettinger@klgates.com
13  ting-mao.chao@klgates.com
    harold.davis@klgates.com
14
    Attorneys for Defendant
15  CYPHERIX SOFTWARE PVT LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECRU, INC., a Delaware corporation,<br><br>        Plaintiff,<br>  v.<br><br>CYPHERIX SOFTWARE PVT. LTD., a foreign corporation; ISYSTEMS SERVICES LLC, a Texas corporation doing business as Kingwood Computer; and DOES 1 through 150, inclusive,<br><br>        Defendants. | No. 06-07490 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

SF/21705467.1/2023920-2239200800

Case No. 06-07490 MJJ

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1            Pursuant to Civil Local Rules 7-12 and 16-10, Plaintiff Decru, Inc. ("Decru") and Defendant Cypherix Software Pvt. Ltd. ("Cypherix") stipulate as follows and respectfully request that the Court enter the following Proposed Order:

           WHEREAS Plaintiff filed a Complaint instituting this action on December 6, 2006;

           WHEREAS Defendant iSystems Services LLC was served in Texas on December 20, 2006 and has not yet answered or otherwise responded;

           WHEREAS Defendant Cypherix was served in India on February 8, 2007;

           WHEREAS Defendant Cypherix answered and cross-complained on March 5, 2007;

           WHEREAS counsel for Plaintiff Decru and counsel for Defendant Cypherix met in person on March 6, 2007 to discuss the case and potential settlement negotiations in this action;

           WHEREAS Plaintiff Decru and Defendant Cypherix are contemplating engaging in informal settlement negotiations as well as mediation;

           WHEREAS the Case Management Conference in this matter is currently set for March 13, 2007 at 2:00 p.m.;

           WHEREAS the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan pursuant to the Court's Initial Case Management Order was February 20, 2007, at which time no defendant had yet appeared in the action;

           WHEREAS Plaintiff Decru and Defendant Cypherix agree to continue the Case Management Conference until May 8, 2007, or as soon thereafter the Court is available;

           IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval, the Case Management Conference currently scheduled for March 13, 2007 shall be continued until May 8, 2007 at 2:00 p.m.

1  DATED: March 7, 2007                BINGHAM McCUTCHEN LLP
2
3
4                                      By:         /s/ Sivan Gai
                                              Sivan Gai
5                                             Attorneys for Plaintiff
                                              Decru, Inc.
6
   DATED: March 7, 2007                KIRKPATRICK & LOCKHART PRESTON
7                                      GATES ELLIS LLP
8
9
10                                     By:         /s/ Harold H. Davis
                                              Harold H. Davis
11                                            Attorneys for Defendant
                                              Cypherix Software Pvt Ltd.
12
13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

   DATE   3/9/07
14
15
16                                            _____
                                              The Honorable Martin J. Jenkins
17                                            United States District Court
18
...
28

SF/21705467.1/2023920-2239200800          3                    Case No. 06-07490 MJJ

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## ATTESTATION CLAUSE

I, Sivan Gai, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Hal Davis has concurred in this filing.

DATED: March 7, 2007                    BINGHAM McCUTCHEN LLP


By: _____/s/ Sivan Gai_____
                        Sivan Gai