BINGHAM McCUTCHEN LLP
TRENTON H. NORRIS (SBN 164781)
JASON A. YURASEK (SBN 202131)
RACHEL L. CHANIN (SBN 229253)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
trent.norris@bingham.com
jason.yurasek@bingham.com
rachel.chanin@bingham.com

Attorneys for Plaintiff
DECRU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECRU, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CYPHERIX SOFTWARE PVT. LTD., a foreign corporation; ISYSTEMS SERVICES LLC, a Texas corporation doing business as Kingwood Computer; and DOES 1 through 150, inclusive,<br><br>　　　　　Defendants. | No. C 06 7490 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE** |

1         Pursuant to A.D.R. Local Rule 6-5 and Civil Local Rule 7-12, Plaintiff Decru, Inc., and Defendants Cypherix Software Pvt. Ltd. and iSystems Services LLC **STIPULATE AND AGREE** that the Court may enter the following order:

    1. On May 8, 2007, the Court entered an Order referring the parties to mediation. Pursuant to Local Rule 6-4, the deadline for the mediation is 90 days after entry of that Order.

    2. On May 31, 2007, the Court notified the parties and counsel that Michael A. Duncheon had been assigned to the case.

    3. On June 20, 2007, Mr. Duncheon and the parties participated in a phone conference. Pursuant to the parties' agreement and based upon all parties' availability, the mediation was scheduled for September 18, 2007, at 9:00 a.m.

    4. Accordingly, all parties concur in the request that the Court extend the deadline for conducting the mediation and set a new deadline of September 18, 2007, the date on which the parties agree to reset the mediation.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

DATED: June 25, 2007            BINGHAM McCUTCHEN LLP


By: _____/s/_____
        Jason A. Yurasek
        Attorneys for Plaintiff
           Decru, Inc.

DATED: June 25, 2007            KIRKPATRICK & LOCKHART PRESTON
                                GATES ELLIS LLP


By: _____/s/_____
        Harold H. Davis
     Attorneys for Defendant
     Cypherix Software Pvt Ltd.

DATED: June 25, 2007            LVOVICH & VOLCHEGURSKY, LLP


By _____/s/_____
        Milla Lvovich
     Attorneys for Defendant
      iSystems Services, LLC

1
2   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.
3
4   DATED:  6/29/07                              /s/ Martin J. Jenkins
5                                                The Honorable Martin J. Jenkins
                                                 United States District Court
6                                                Northern District of California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | ATTESTATION CLAUSE |

I, Jason A. Yurasek, am the ECF User whose ID and password are being used to file this Joint Case Management St. In compliance with General Order 45, X.B., I hereby attest that Harold H. Davis and Milla Lvovich have concurred in this filing.

DATED: June 25, 2007            BINGHAM McCUTCHEN LLP


By:_____/s/_____
Jason A. Yurasek