UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECRU, INC., | No. C 06-7490 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| CYPHERIX SOFTWARE PVT LTD., et al. | |
| Defendants. | |

Having considered the written submissions from Plaintiff and Defendant, Cypherix Software Pvt. Ltd. ("Cypherix"), the Court DENIES Cypherix's request to be relieved from compliance with the ADR Local Rules.

IT IS SO ORDERED.

Dated: August 31, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
　　WDB, stats
　　ADR, neutral,
　　all parties.