| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|  | TRENTON H. NORRIS (SBN 164781) |
| 2 | MONTY AGARWAL (SBN 191568) |
|  | RACHEL L. CHANIN (SBN 229253) |
| 3 | Three Embarcadero Center |
|  | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|  | Facsimile:  415.393.2286 |
| 5 | trent.norris@bingham.com |
|  | monty.agarwal@bingham.com |
| 6 | rachel.chanin@bingham.com |
| 7 | Attorneys for Plaintiff |
|  | DECRU, INC. |
| 8 | |
|  | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| 9 | KEVIN C. TROCK (SBN 161787) |
|  | TING-MAO CHAO (SBN 234909) |
| 10 | HAROLD H. DAVIS, JR. (SBN 235552) |
|  | 55 Second St., Suite 1700 |
| 11 | San Francisco, CA 94105 |
|  | Telephone:  415.882.8200 |
| 12 | Facsimile:  415.882.8220 |
|  | kevin.trock@klgates.com |
| 13 | ting-mao.chao@klgates.com |
|  | harold.davis@klgates.com |
| 14 | |
|  | Attorneys for Defendant |
| 15 | CYPHERIX SOFTWARE PVT LTD. |
| 16 | *Additional Counsel on Next Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECRU, INC., a Delaware corporation, | No. C 06 7490 MJJ |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURES** |
| v. | |
| CYPHERIX SOFTWARE PVT. LTD., a foreign corporation; ISYSTEMS SERVICES LLC, a Texas corporation doing business as Kingwood Computer; and DOES 1 through 150, inclusive, | |
| Defendants. | |

A/72244310.4/2023920-2239200800

C 06 7490 MJJ

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE

| | |
|---|---|
| 1 | LVOVICH & VOLCHEGURSKY, LLP |
| 2 | MILLA L. LVOVICH (SBN 225589)<br>20 California Street, 7th Floor<br>San Francisco, CA 94111 |
| 3 | Telephone:  415.227.2560<br>Facsimile:  415.616.7000 |
| 4 | milla@lvlawgroup.com |
| 5 | Attorneys for Defendant<br>ISYSTEMS SERVICES LLC |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1           Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Decru, Inc., and Defendants Cypherix Software Pvt. Ltd. and iSystems Services LLC **STIPULATE AND AGREE** as follows:

    1.   On May 15, 2007, the Court entered a Pretrial Order setting forth the following discovery and expert disclosure deadlines in this matter:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 12/7/07 |
| Designation of Experts: | 1/4/08 |
| Expert Reports: | 1/11/08 |
| Designation of Supplemental/Rebuttal Experts: | 1/25/08 |
| Supplemental/Rebuttal Reports: | 1/25/08 |
| Expert Discovery Cutoff: | 2/15/08 |

(D.I. #20).

    2.   On July 3, 2007, pursuant to stipulation by the parties, the Court entered an Order extending the parties' mediation deadline for this matter to September 18, 2007, the earliest date the parties were available to meet with one another.  (D.I. #27).

    3.   To date, Decru and Cypherix have each served a first set of interrogatories and a first set of requests for production on each other.  In light of efforts to mediate and settle the case, the parties have refrained from extensive discovery.

    4.   On September 18, 2007, the parties engaged in mediation regarding their disputes in this matter, but the mediation did not result in a settlement.

    5.   Because the parties have been unable to settle this matter, they now need to complete non-expert discovery to prepare for trial.

    6.   Non-expert discovery in this matter is complicated by the fact that Defendant Cypherix, and all of its employees and documents, are located in India.

    7.   As a result of this complication, the parties believe it is desirable to add an additional month of time to complete necessary non-expert discovery.

    8.   Because the parties contemplate the completion of non-expert discovery around the same time that expert designations and expert reports are currently set to be

1  exchanged, the parties also require additional time to prepare for expert disclosures.

2       9.   The proposed continuation of discovery and expert disclosure deadlines
3  does not change the May 19, 2008, trial date set forth in the Court's Pretrial Order.  (D.I. #20).
4  No previous extension of these dates have been sought by the Parties.

5       10.  Accordingly, Decru and Cypherix, through their respective counsel,
6  concur in the request and respectively request that the Court continue discovery and expert
7  disclosure deadlines in this matter as follows:

8       Non-Expert Discovery Cutoff:                          01/07/08
9       Designation of Experts:                               01/18/08
10      Expert Reports:                                       01/25/08
11      Designation of Supplemental/Rebuttal Experts:         02/08/08
12      Supplemental/Rebuttal Reports:                        02/08/08
13      Expert Discovery Cutoff:                              02/29/08

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

2  DATED: October 11, 2007          BINGHAM McCUTCHEN LLP

3

4

5                                    By:     /s/ Monty Agarwal
                                              Monty Agarwal
6                                             Attorneys for Plaintiff
                                              Decru, Inc.
7

   DATED: October 11, 2007          KIRKPATRICK & LOCKHART PRESTON
8                                   GATES ELLIS LLP

9

10

11                                   By:     /s/ Harold H. Davis
                                              Harold H. Davis
12                                            Attorneys for Defendant
                                              Cypherix Software Pvt Ltd.
13

14 DATED: October 11, 2007          LVOVICH & VOLCHEGURSKY, LLP

15

16

17                                   By      /s/ Milla Lvovich
                                              Milla Lvovich
18                                            Attorneys for Defendant
                                              iSystems Services, LLC

19

20

21 PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

22

23 DATED: 10/17/07

24                                   The Honorable Martin J. Jenkins
                                     United States District
25                                   Northern

26                                   [Signature: Martin J. Jenkins]
                                     Judge Martin J. Jenkins
27

28

|  |  |
|---|---|
| 1 | <u>ATTESTATION CLAUSE</u> |
| 2 | I, Rachel L. Chanin, am the ECF User whose ID and password are being used to |
| 3 | file this Joint Stipulation and [Proposed] Order To Continue Discovery And Expert Disclosure. |
| 4 | In compliance with General Order 45, X.B., I hereby attest that Harold H. Davis and Milla |
| 5 | Lvovich have concurred in this filing. |
| 6 | DATED:  October 11, 2007            BINGHAM McCUTCHEN LLP |
| 7 |  |
| 8 |  |
| 9 | By:           /s/ Rachel L. Chanin           <br>Rachel L. Chanin<br>Attorneys for Plaintiff<br>Decru, Inc. |