| 1 | BINGHAM McCUTCHEN LLP |
| --- | --- |
|   | TRENTON H. NORRIS (SBN 164781) |
| 2 | MONTY AGARWAL (SBN 191568) |
|   | ERICA BRAND PORTNOY (SBN 244923) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 5 | trent.norris@bingham.com |
|   | monty.agarwal@bingham.com |
| 6 | erica.brand@bingham.com |
| 7 | Attorneys for Plaintiff |
|   | DECRU, INC. |
| 8 |   |
|   | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| 9 | KEVIN C. TROCK (SBN 161787) |
|   | TING-MAO CHAO (SBN 234909) |
| 10 | HAROLD H. DAVIS, JR. (SBN 235552) |
|   | 55 Second St., Suite 1700 |
| 11 | San Francisco, CA 94105 |
|   | Telephone:  415.882.8200 |
| 12 | Facsimile: 415.882.8220 |
|   | kevin.trock@klgates.com |
| 13 | ting-mao.chao@klgates.com |
|   | harold.davis@klgates.com |
| 14 |   |
|   | Attorneys for Defendant |
| 15 | CYPHERIX SOFTWARE PVT LTD. |
| 16 | *Additional Counsel on Next Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DECRU, INC., a Delaware corporation, | No. C 06 7490 MJJ |
| --- | --- |
| Plaintiff, | **AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURES** |
| v. |   |
| CYPHERIX SOFTWARE PVT. LTD., a foreign corporation; ISYSTEMS SERVICES LLC, a Texas corporation doing business as Kingwood Computer; and DOES 1 through 150, inclusive, |   |
| Defendants. |   |

| | |
|---|---|
| 1 | LVOVICH & VOLCHEGURSKY, LLP |
| 2 | MILLA L. LVOVICH (SBN 225589)<br>20 California Street, 7th Floor<br>San Francisco, CA 94111 |
| 3 | Telephone: 415.227.2560<br>Facsimile: 415.616.7000 |
| 4 | milla@lvlawgroup.com |
| 5 | Attorneys for Defendant<br>ISYSTEMS SERVICES LLC |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Decru, Inc., and Defendants Cypherix Software Pvt. Ltd. and iSystems Services LLC **STIPULATE AND AGREE** as follows:

1. On May 15, 2007, the Court entered a Pretrial Order setting forth the following discovery and expert disclosure deadlines in this matter:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 12/7/07 |
| Designation of Experts: | 1/4/08 |
| Expert Reports: | 1/11/08 |
| Designation of Supplemental/Rebuttal Experts: | 1/25/08 |
| Supplemental/Rebuttal Reports: | 1/25/08 |
| Expert Discovery Cutoff: | 2/15/08 |

(Docket No. 20).

2. On July 3, 2007, pursuant to stipulation by the parties, the Court entered an Order extending the parties' mediation deadline for this matter to September 18, 2007, the earliest date the parties were available to meet with one another. (Docket No. 27).

3. On September 18, 2007, the parties engaged in mediation regarding their disputes in this matter, but the mediation did not result in a settlement.

4. Because the parties have been unable to settle this matter, they now need to complete non-expert discovery to prepare for trial.

5. On November 13, 2007, the Court entered a Amended Pretrial Order setting forth the following discovery and expert disclosure deadlines in this matter:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 01/07/08 |
| Designation of Experts: | 01/4/08 |
| Expert Reports: | 01/11/08 |
| Designation of Supplemental/Rebuttal Experts: | 01/25/08 |
| Supplemental/Rebuttal Reports: | 01/25/08 |
| Expert Discovery Cutoff: | 02/29/08 |

6. Non-expert discovery in this matter is complicated by the fact that

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE

A/72355266.1

Defendant Cypherix, and all of its employees and documents, are located in India.

7. Additionally, some witnesses are unavailable for at least the next thirty days due to leave from their employment, such as for medical reasons.

8. The parties have exchanged documents on two occasions. However, after the latest meet and confer conference, Decru believes that it will file a motion to compel further production of documents in the next week.

9. As a result of these complications, the parties believe it is desirable to add an additional month of time to complete necessary non-expert discovery.

10. Because the parties contemplate the completion of non-expert discovery around the same time that expert designations and expert reports are currently set to be exchanged, the parties also require additional time to prepare for expert disclosures.

11. The current date for hearing dispositive motions is March 18, 2008. This date requires that the parties file any dispositive motions no later than February 12, 2008, which is only a few days after the newly proposed date for the close of fact discovery, February 8, 2008. Accordingly, the parties request the Court to reschedule the last date for the hearing of dispositive motions to Tuesday, April 15, 2008.

12. The trial date, originally scheduled for May 19, 2008, was moved to June 9, 2008 during our November 13, 2007 case management conference. The proposed continuation of discovery and expert disclosure deadlines does not change the June 9, 2008, trial date set forth in the Court's Pretrial Order. (Docket No. 45).

13. Accordingly, Decru and Cypherix, through their respective counsel, concur in the request and respectively request that the Court continue discovery and expert disclosure deadlines in this matter as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 02/08/08 |
| Designation of Experts: | 02/08/08 |
| Expert Reports: | 02/15/08 |
| Designation of Supplemental/Rebuttal Experts: | 02/29/08 |
| Supplemental/Rebuttal Reports: | 02/29/08 |

4

C 06-7490 MJJ

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE

A/72355266.1

| | | |
|---|---|---|
| Expert Discovery Cutoff: | | 03/28/08 |
| Dispositive Motions Heard By: | | 04/15/08 |

DATED: December 17, 2007  BINGHAM McCUTCHEN LLP


By   /s/ Monty Agarwal
Monty Agarwal
monty.agarwal@bingham.com
Attorneys for Plaintiff
Decru, Inc.

DATED: December 17, 2007  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By:   /s/ Kevin C. Trock
Kevin C. Trock
kevin.trock@klgates.com
Attorneys for Defendant
Cypherix Software Pvt Ltd.

DATED: December 17, 2007  LVOVICH & VOLCHEGURSKY, LLP


By   /s/ Milla Lvovich
Milla Lvovich
milla@lvlawgroup.com
Attorneys for Defendant
iSystems Services, LLC

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: 12/21/2007

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION CLAUSE

I, Erica Brand Portnoy, am the ECF User whose ID and password are being used to file this Amended Joint Stipulation and [Proposed] Order To Continue Discovery And Expert Disclosure. In compliance with General Order 45, X.B., I hereby attest that Monty Agarwal, Kevin C. Trock and Milla Lvovich have concurred in this filing.

DATED: December 17, 2007                BINGHAM McCUTCHEN LLP


By: /s/ Erica Brand Portnoy
Erica Brand Portnoy
erica.brand@bingham.com
Attorneys for Plaintiff
Decru, Inc.