1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
DECRU INC.,                                         **No. C06-07490 MJJ**
7
               Plaintiff,                           **ORDER TO SHOW CAUSE**
8
  v.
9
CYPHERIX SOFTWARE PVT LTD.,
10
               Defendant.
11                                        /

12       The Court has received no opposition or statement of non-opposition from Defendant
13 Cypherix Software PVT Ltd. ("Cypherix") to Plaintiff's Motion to Dismiss with Prejudice Defendant
14 iSystems Services LLC, which is scheduled for hearing on January 29, 2008. Under the Civil Local
15 Rules, the opposition or statement of non-opposition was due three weeks before the hearing date.
16 The hearing is hereby **VACATED.**
17       Cypherix is hereby **ORDERED** to show good cause in writing, ***by Wednesday, January 23,***
18 ***2008***, why no opposition or statement of non-opposition has been filed to date, and why any tardy
19 filing should be considered at this point given the guidelines of the Local Rules, as well as the
20 Court's Standing Order for civil cases.
21       Cypherix is further **ORDERED** to file an opposition or statement of non-opposition
22 concurrently with the response to this order to show good cause. Plaintiff may file a reply one week
23 after Cypherix's opposition is filed. Failure to respond to this order shall result in the imposition of
24 sanctions, which may include granting the motion.
25 **IT IS SO ORDERED.**
26 Dated: January 18, 2008
                                                    _____
27                                                  MARTIN J. JENKINS
                                                    UNITED STATES DISTRICT JUDGE
28