IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECRU INC., | No. C06-07490 MJJ |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANT ISYSTEMS SERVICES LLC** |
| v. | |
| CYPHERIX SOFTWARE PVT LTD., | |
| Defendant. | |

Before the Court is Plaintiff Decru Inc.'s Motion To Dismiss With Prejudice Defendant iSystems Services LLC. (Docket No. 48.) Plaintiff originally filed the Motion on December 17, 2007 and noticed it for hearing on January 29, 2008. Defendant Cypherix Software PVT Ltd. ("Cypherix") failed to file a timely opposition or statement of non-opposition. On January 18, 2008, the Court vacated the hearing and issued an Order to Show Cause. On January 23, 2008, Cypherix timely responded to the Order to Show Cause, and indicated that it does not oppose the Motion. As the Motion is unopposed, and good cause appearing therefor, the Court **GRANTS** the Motion. Plaintiff's claims against Defendant iSystems Services LLC in this matter are hereby **DISMISSED WITH PREJUDICE**. Decru Inc. and iSystems Services LLC shall bear their own costs, attorneys fees and other fees incurred in connection with the dismissed claims.

The Court further finds that the response submitted by Cypherix's counsel sufficiently explains the circumstances that led to Cypherix's failure to comply with the local rules and to timely respond to the Motion. The Court is persuaded that sanctions are inappropriate.

**IT IS SO ORDERED.**

Dated: January 28, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE