| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>ERICA BRAND PORTNOY (SBN 244923) |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 3 | Telephone:     (415) 393-2000<br>Facsimile:      (415) 393-2286 |
| 4 | erica.brand@bingham.com |
| 5 | |
| 6 | Attorneys for Plaintiff, Counterclaim-Defendant<br>DECRU, INC. |
| 7 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| 8 | EDWARD P. SANGSTER (SBN 121041) |
| 9 | 55 Second St., Suite 1700<br>San Francisco, CA 94105<br>Telephone:  415.882.8200 |
| 10 | Facsimile:  415.882.8220<br>ed.sangster@klgates.com |
| 11 | |
| 12 | Attorneys for Defendant<br>CYPHERIX SOFTWARE PVT LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | | |
| 18 | DECRU, INC., | No. CV 06 7490 MJJ |
| 19 | Plaintiff, | **STIPULATION DISMISSING**<br>**ACTION WITH PREJUDICE** |
| 20 | v. | |
| 21 | CYPHERIX SOFTWARE PVT LTD, and<br>ISYSTEMS SERVICES LLC d/b/a KINGWOOD COMPUTER,, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | CYPHERIX SOFTWARE PVT LTD.,<br>Counterclaim-Plaintiff, | Judge: Hon. Martin J. Jenkins |
| 25 | v. | |
| 26 | DECRU, INC., | |
| 27 | Counterclaim-Defendant. | |
| 28 | A/72475775.2/2023920-2239200800 | No. CV 06 7490 MJJ |

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-captioned case, including all claims and counterclaims
3  (the "Action"), be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
4  All parties agree to bear their own costs and fees in connection with the Action.
5
6  **IT IS SO STIPULATED**, BY THE UNDERSIGNED:

7  DATED:  April 15, 2008          Bingham McCutchen LLP
8
9
10                                  By    /s/ Erica Brand Portnoy
                                       Erica Brand Portnoy
11                                     erica.brand@bingham.com
                                       Attorneys for Plaintiff,
12                                     Counterclaim-Defendant
                                       DECRU, INC.
13
    DATED:  April 15, 2008          KIRKPATRICK & LOCKHART PRESTON GATES
14                                  ELLIS LLP
15
16
                                    By:    /s/ Edward P. Sangster
17                                     Edward P. Sangster
                                       ed.sangster@klgates.com
18                                     Attorneys for Defendant,
                                       Counterclaim-Plaintiff
19                                     CYPHERIX SOFTWARE PVT LTD.
20
21
22
23
24  April 23, 2008                   IT IS SO ORDERED
                                     Judge Marilyn H. Patel
                                     UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
25
26
27
28

A/72475775.2/2023920-2239200800          1                      No. CV 06 7490 MJJ

STIPULATION DISMISSING ACTION WITH PREJUDICE

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | ATTESTATION CLAUSE |
| 4 | I, Erica Brand Portnoy, am the ECF User whose ID and password are being used to file this Stipulation Dismissing Action with Prejudice. In compliance with General Order 45, X.B., I hereby attest that Edward P. Sangster has concurred in this filing. |

DATED: April 15, 2008              BINGHAM McCUTCHEN LLP


By:        /s/ Erica Brand Portnoy
               Erica Brand Portnoy
               erica.brand@bingham.com
               Attorneys for Plaintiff,
               Counterclaim-Defendant
               DECRU, INC.